

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2018

No. 04-18-00249-CV

**IN THE INTEREST OF C.W., ET AL CHILDREN**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02259
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

  This is an accelerated appeal from a judgment terminating parental rights. Appellant's brief, due June 14, 2018, has not been filed. On June 20, 2018, we notified appellant's court-appointed counsel, Jeanette Burney Sullivan, of the deficiency, but she did not respond by filing a motion for extension of time or other appropriate response. On June 22, 2018, we abated this appeal and ordered the trial court to conduct a hearing to determine if appellant desired to prosecute this appeal, if appointed counsel had abandoned the appeal, and if it was necessary to appoint new counsel to represent appellant in this appeal. On June 29, 2018, the trial court held a hearing. A supplemental reporter's record from the hearing has been filed. The trial court found that appellant desired to prosecute this appeal, that appointed counsel had not abandoned the appeal, and that it was necessary to appoint new counsel to represent appellant in this appeal. A supplemental clerk's record has been filed which contains an order permitting Ms. Sullivan to withdraw and substituting John Davis to represent appellant in this appeal.

  This appeal is REINSTATED. Appellant's brief is due **July 31, 2018.** In light of the previous delay in filing appellant's brief, **this court will not look favorably upon a request for an extension of time to file appellant's brief.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court